UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
UNITED STATES OF AMERICA, :
:
-against- : ORDER
:
FRANKIE FROKAJ, : 12 Crim. 600-3 (GBD)
:
Defendant. :
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

On October 10, 2023, Defendant moved this Court for early termination of his supervised release. (Mot., ECF No. 320.) The United States Attorney's Office consents to this request, and the United States Probation Department takes a neutral position. (*Id.* at 1 n.2.) Upon consideration of the arguments raised by Defendant, the motion for early termination of his supervised release is GRANTED.

The Clerk of Court is directed to close the motion at ECF No. 320 accordingly.

Dated: New York, New York
October 30, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge